IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-2056 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| CHAD EDWARD LEE, | 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about August 26, 2020, in the Northern District of Iowa, defendant CHAD EDWARD LEE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Springfield XD 9mm handgun, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Interference Displaying a Firearm, in the Iowa District Court for Black Hawk County, on or about July 2, 2020, in case number FECR235850.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

Grand Jury Foreperson / Date
11-03-2020

PETER E. DEEGAN, JR.
United States Attorney

By: /s/
ASHLEY L. CORKERY
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 11/3/2020
ROBERT L. PHELPS, CLERK